# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 27, 2019

## NO. 03-18-00066-CV

**Just Fondue It, L.L.C.; Capital Fondue, L.L.C.;
Michael R. Swartz, Jr.; and Kelly Ann Swartz, Appellants**

**v.**

**Comerica Bank, a Texas Banking Association, successor in interest by merger to
Comerica Bank, a Michigan banking corporation, Appellee**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on November 16, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.